UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICK SANCHEZ,

                Plaintiff,        23-cv-9838 (JGK)

    - against -                     ORDER

514 HUDSON GROCERY & DELI CORP., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the defendants to respond to the Complaint is extended to **February 23, 2024**.

SO ORDERED.

Dated:    New York, New York
           February 2, 2024

                                      John G. Koeltl
                                  United States District Judge