UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERICK SANCHEZ,
                Plaintiff(s)

                                                                                                  23 civ 9838 (JGK)

        -against-

514 HUDSON GROCERY & DELI CORP, et al.
                              Defendant(s).
-----------------------------------------------------------X

## ORDER

The Court, having extended the defendant's time to answer to March 22, 2024,

The parties shall file a Rule 26(f) report by April 12, 2024, The conference scheduled for March 13, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

                                                                                           **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          March __10__, 2024