UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK SANCHEZ,

          Plaintiff,

- against -

514 HUDSON GROCERY & DELI CORP., ET AL.,

          Defendants.

23-cv-9838 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

This case is stayed until April 12, 2024 to allow the parties to submit a settlement agreement for Court approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), or an accepted Offer of Judgment pursuant to Fed. R. Civ. P. 68.

SO ORDERED.

Dated:    New York, New York
          March 12, 2024

                                          John G. Koeltl
                                United States District Judge