# Law Office of Mohammed Gangat

675 3rd Ave, Ste 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

April 8, 2024

*via ECF*
Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> *The settlement, including the provision of attorney's fees, is approved as fair, reasonable, and adequate. The parties should submit a stipulation of discontinuance by April 15, 2024.*
> *So ordered.*
> *JGKoeltl*
> *USDJ*
> *4/9/24*

Re: **Erick Sanchez v. 514 Hudson Grocery & Deli Corp, et. al.**
**Case No. 1:23-cv-09838-JGK**

To the Honorable Judge Koeltl:

I represent plaintiff Erick Sanchez ("Plaintiff") in the above action. I submit this letter in support of Plaintiff's motion seeking court approval of the settlement of this action, in accordance with Your Honor's memo endorsement at ECF #18, directing Plaintiff to provide the necessary data to perform a lodestar cross check including counsel's biography, regular billing rate total hours and contemporaneous billing records.

This case was settled for a total of $15,800. Of this amount, $800 was attributed to expenses. The expenses in fact totaled $883.00 and consist of $402 in court filing fees (found on the ECF docket) and $481 in process server expenses, attached hereto as Exhibit A.

After the $800.00 to expenses, the remaining $15,000 was split with $10,000 going to Plaintiff and $5,000 going to Plaintiff's counsel for attorneys' fees. This is a reasonable fee amount and actually right in line with what Plaintiff submits the lodestar calculation would be. As Plaintiff's counsel, I spent at least 10.1 hours as the plaintiff's attorney prosecuting this case. Records reflecting the work I performed and time spent on each task are attached hereto as Exhibit B. I am a 2009 graduate of Georgetown Law School and have been continuously licensed to practice law in New York since 2012. For the past 10 years, I have litigated in state and federal courts, with a focus on plaintiff-side employment lawsuits. I submit that an hourly rate of $500 is reasonable for me, and the 10.1 hours I worked on this case can be valued conservatively at $5,050.00 (10.1 hours x $500 per hour).

Accordingly, Plaintiff submits that the agreement should be approved. I thank the Court for its time and attention to this matter.

Respectfully Submitted,
Law Office of Mohammed Gangat

_____
Mohammed Gangat, Esq.