UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICK SANCHEZ,

          Plaintiff,

- against -

514 HUDSON GROCERY & DELI CORP., ET AL.,

          Defendants.

23-cv-9838 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties were directed to submit a stipulation of discontinuance by April 15, 2024. See ECF No. 20. To date, no stipulation has been submitted. The time to submit the stipulation is extended to **May 3, 2024**.

SO ORDERED.

Dated:    New York, New York
          April 19, 2024

                                      John G. Koeltl
                             United States District Judge