UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erick Sanchez,

                *Plaintiff*,

-against-

514 Hudson Grocery & Deli Corp.; Mina Kandil; and Angie Tamer,

                *Defendants*.

Case No. 1:23-cv-09838-JGK

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated:   May 3, 2024
           New York, NY

| **LAW OFFICE OF MOHAMMED GANGAT** | **THE LAW OFFICES OF MICHAEL WALKER, ESQ. PLLC** |
|---|---|
| By: _[signature]_<br>Mohammed Gangat, Esq.,<br>675 Third Avenue, Suite 1810,<br>New York, NY 10017<br>(718) 669-0714<br>mgangat@gangatpllc.com | By: /s/ Michael Walker<br>Michael Leslie Walker, Esq.<br>9052 Fort Hamilton Parkway<br>Brooklyn, NY 11209<br>(718) 680-9700<br>mwalker@michaelwalkerlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SO ORDERED

_[signature]_
Hon. _____
U.S.D.J.
5/6/24

The Clerk is directed to close this case. So ordered. _[signature]_ U.S.D.J. 5/6/24